**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 99-2578**

—————

IRAY DUDLEY,

                                           Plaintiff - Appellant,

     versus

DEPARTMENT OF THE NAVY, Naval Exchange Service
Command,

                                       Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Jerome B. Friedman, District Judge.
(CA-99-16-2)

—————

Submitted: February 24, 2000       Decided: March 1, 2000

—————

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit Judge.

—————

Affirmed by unpublished per curiam opinion.

—————

Iray Dudley, Appellant Pro Se. Michael Anson Rhine, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Iray Dudley appeals from the district court's order denying relief on his race discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Dudley v. Dep't of the Navy, No. CA-99-16-2 (E.D. Va. Nov. 9, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED